UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Red Wing Shoe Company, Inc.,

Plaintiff,

vs.

B-JAYS USA Inc.,

Defendant.

Case No.: 02-257 DWF/AJB

**STIPULATION AND ORDER TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT**

WHEREAS, on January 28, 2002, Plaintiff served its Summons and Complaint in the above-captioned action upon Defendant B-Jays USA Inc.; and

WHEREAS, Defendant requested a twenty-one day extension of the time in which to serve its Answer, move, or otherwise respond to Plaintiff's Complaint.

NOW, THEREFORE, it is hereby agreed, by and between Plaintiff Red Wing Shoe Company, Inc. and Defendant B-Jays USA Inc., through their respective counsel, that Defendant shall have an extension until March 11, 2002, in which to answer, move, or otherwise respond to the Complaint in the above-captioned action, unless the parties subsequently agree to extend the deadline set forth herein.

Dated: 2/15/02

OPPENHEIMER WOLFF & DONNELLY, LLP

By: [signature]

Edward F. Fox (#3132X)
J. Aron Allen (#0247972)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609
Telephone: (612) 607-7000

***Attorneys for Plaintiff Red Wing Shoe Company, Inc.***

FEB 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: Feb 15, 2002

MASLON EDELMAN BORMAN & BRAND LLP

By: Richard G. Wilson
Richard G. Wilson (#16544X)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8362

***Attorneys for Defendant***
***B-JAYS USA Inc.***

Of counsel:

ZRAICK, NAHAS& RICH
Robert Paul Rich
303 Fifth Avenue
New York, NY 10016
Telephone: (212) 686-0855

FINKEL GOLDSTEIN BERZOW
ROSENBLOOM & NASH, LLP
Charles Fisher
26 Broadway, Suite 711
New York, NY 10004
Telephone: (212) 344_2929

**ORDER**

Based upon the foregoing Stipulation, it is hereby ordered that the above Stipulation shall be and hereby is adopted as the Order of this Court and that Defendant shall have an extension until March 11, 2002, in which to answer, move, or otherwise respond to the Complaint in the above-captioned action.

Dated: February 19, 2002

BY THE COURT:

The Honorable Arthur J. Boylan
United States Magistrate Judge

189831.1