UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Red Wing Shoe Company, Inc.,

Plaintiff,

vs.

B-JAYS USA Inc.,

Defendant.

Case No.: 02-257 DWF/AJB

**STIPULATION AND ORDER**

It is hereby stipulated by and between the parties hereto, through their respective counsel, that Defendant, B Jays USA Inc., shall have through July 15, 2002, in which to answer or otherwise plead in response to the Complaint of Red Wing Shoe Company, Inc.

Dated: July 8, 2002

MASLON EDELMAN BORMAN & BRAND, LLP

Richard G. Wilson
Mary R. Vasaly
3300 Wells Fargo Center
Minneapolis, MN
(612) 672-8321

ATTORNEYS FOR DEFENDANT

Dated: July 8, 2002

OPPENHEIMER, WOLFF & DONNELLY, LLP

Edward F. Fox
J. Aron Allen
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609
(612) 607-7000

ATTORNEYS FOR PLAINTIFF

SO ORDERED:

Dated: 7/10, 2002.

BY THE COURT:

Donovan W. Frank
United States District Court

215061.1

JUL 10 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK