**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RED WING SHOE COMPANY, INC.,
Plaintiff,

v.

Civil No. 02-257 (DWF/AJB)

B-JAYS USA INC.,
Defendant.

---

**ORDER FOR REASSIGNMENT OF RELATED CASES**

B-JAYS USA INC.,
Plaintiff,

v.

Civil No. 02-2779 (JMR/FLN)

RED WING SHOES COMPANY, INC.,
Defendant.

Case No. 02-257 (DWF/AJB) having been assigned to Judge Donovan W. Frank and Case No. 02-2779 (JMR/FLN) having later been assigned to Chief Judge James M. Rosenbaum, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 02-2779 (JMR/FLN) be assigned to Judge Donovan W. Frank, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order filed May 30, 2002.

**IT IS FINALLY ORDERED** that a copy of this order shall be ~~filed in each of the~~ above respective files.

Dated: September 4th, 2002

DONOVAN W. FRANK
Judge of United States District Court

Dated: September 10th, 2002

JAMES M. ROSENBAUM
Chief Judge of United States District Court

Filed SEP 13 2002
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________

Pursuant to an Order of Reassignment of Related Cases, this case is reassigned to

Judge Donovan W. Frank
and
Magistrate Judge Arthur J. Boylan

NEW CASE INFORMATION 02-2779 JMR/FLN
Please use this case information for all further filings.